DAYLE ELIESON
United States Attorney
District of Nevada
Alexandra Michael
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6370/ Fax: (702) 388-6418
Alexandra.m.michael@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON JAMES KENNEDY,<br><br>Defendant. | 2:18-CR-00080-RFB-GWF<br><br>**JOINT STIPULATION TO CONTINUE MOTION DEADLINES & RULE 16 DEADLINES SET BY THE COURT** |

IT IS HEREBY STIPULATED between the United States of America, by and through Alexandra M. Michael, Assistant United States Attorney, and defendant Cameron James Kennedy, by and through his counsel, Russell Marsh, Esq., to respectfully request that the Court order that the parties shall have up to and including May 31, 2018 to comply with Federal Rule of Criminal Procedure 16 disclosures.

IT IS FURTHER STIPULATED between the parties, to respectfully request that the Court order that they shall have up to and including June 18, 2018, to file any and all pretrial motions and notices of defense.

-1-

IT IS FURTHER STIPULATED between the parties, to respectfully request that the Court order that they shall have up to and including July 2, 2018, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED between the parties, to respectfully request that the Court order that they shall have to and including is July 6, 2018 to file any and all replies to dispositive motions.

This stipulation is entered into for the following reasons:

1. The Defendant was appointed new counsel in the matter on May 2, 2018.

2. While not voluminous, the discovery in this case is extensive and new counsel for defendant needs additional time in order to review the discovery provided, determine whether any pretrial motions are necessary, and to comply with their disclosure requirements under Rule 16 as the United States had made a demand for reciprocal discovery.

3. While almost all discovery was provided to previously appointed defense counsel, a few items have recently have come into the possession of the United States which have been turned over immediately upon receipt. The United States expects that discovery will be complete on or before May 31, 2018[1].

---

[1] The original Rule 16 deadline set by the Court was May 7, 2018 and pretrial motions were due May 14, 2018. ECF No. 30. At that time, the Defendant wished to proceed to trial with his prior counsel, Rebecca Levy, Esq., on the scheduled May 21, 2018 first trial setting. Trial is currently set for August 6, 2018. ECF No. 44.

-2-

4. A denial of this request for the additional time to comply could result in a miscarriage of justice.

Dated this 15th day of May 2018.

| _/s/ Alexandra M. Michael_ | _/s/ Russell Marsh_ |
|---|---|
| ALEXANDRA M. MICHAEL | RUSSELL MARSH, Esq. |
| Assistant United States Attorney | Attorney for Cameron James Kennedy |
| Attorney for the United States | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON JAMES KENNEDY,<br><br>Defendant. | 2:18-CR-00080-RFB-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the parties' disclosure under Federal Rule of Criminal Procedure 16 shall be made by May 31, 2018.

IT IS THEREFORE ORDERED that the parties herein shall have up to and including June 18, 2018, to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have up to and including July 2, 2018, to file any all responses.

IT IS FURTHER ORDERED that the parties shall have up to and including July 6, 2018, to file any and all replies.

DATED this 17th of May, 2018.



RICHARD F. BOULWARE, II
United States District Judge