RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
Email: russ@wmllawlv.com
MONTI J. LEVY, ESQUIRE
Nevada Bar No. 8158
Email: mlevy@wmllawlv.com
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702-382-4800

Attorneys for Cameron James Kennedy

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00080-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| CAMERON JAMES KENNEDY, | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, through its attorneys, DAYLE ELIESON, United States Attorney, and RICHARD (TONY) ANTHONY LOPEZ, Assistant United States Attorney, and Defendant Cameron James Kennedy, through his counsel, RUSSELL E. MARSH and MONTI J. LEVY, WRIGHT MARSH & LEVY, that the sentencing hearing currently scheduled for December 13, 2018, at 1:00 p.m., be vacated and set to a date and time convenient to this Court, but no sooner than 21 days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant is currently in detention at the Nevada Southern Detention Center. Mr. Kennedy agrees with this request for a continuance.

2. Mr. Kennedy entered his plea of guilty in this matter on October 2, 2018.

1       3.     Defense counsel needs additional time to prepare for Defendant Kennedy's sentencing. Counsel require time to review the Presentence Investigation Report (PSR) and prepare objections and Mr. Kennedy's sentencing memorandum.

      4.     The parties agree to the requested continuance.

      5.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

      6.     The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the sentencing hearing.

Dated this 27th day of November, 2018.

| WRIGHT MARSH & LEVY | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
|---|---|
| BY   /s/ Russell E. Marsh<br>    RUSSELL E. MARSH, ESQUIRE<br>    MONTI J. LEVY<br>    Attorneys for Defendant Kennedy | BY   /s/ Richard (Tony) Anthony Lopez<br>    RICHARD (TONY) ANTHONY LOPEZ<br>    Assistant U.S. Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:18-CR-00080-RFB-GWF |
|     Plaintiff, ) | |
| vs. ) | **ORDER** |
| CAMERON JAMES KENNEDY, ) | |
|     Defendant. ) | |

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Cameron Kennedy in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, because the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for December 13, 2018 at 1:00 p.m., be vacated and continued to Janaury 3, 2019, at 2:00 p.m.

DATED this 28th day of November, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge